1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                       **EASTERN DIVISION**

11

12   RICHARD E. HOLMES,                    )    No. ED CV 10-1206-PLA
                                            )
13              Plaintiff,                  )
                                            )    **JUDGMENT**
14       v.                                 )
                                            )
15   MICHAEL J. ASTRUE,                     )
     COMMISSIONER OF SOCIAL                 )
16   SECURITY ADMINISTRATION,              )
                                            )
17              Defendant.                  )
     _____)
18

19       In accordance with the Memorandum Opinion filed concurrently herewith,

20       IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21   Security Administration, is reversed and this case is remanded for further administrative

22   proceedings consistent with the Memorandum Opinion.

23

24   DATED: July 15, 2011        _____
                                              PAUL L. ABRAMS
25                                   UNITED STATES MAGISTRATE JUDGE

26

27

28