1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Richard E. Holmes

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RICHARD E. HOLMES,                    ) Case No.: EDCV 10-1206-PLA
                                         )
12         Plaintiff,                    ) ORDER AWARDING EQUAL
                                         ) ACCESS TO JUSTICE ACT
      vs.                                ) ATTORNEY FEES AND EXPENSES
13                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,                    ) AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,      ) U.S.C. § 1920
                                         )
15         Defendant                     )
                                         )
16 _____)

17
         Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
         IT IS ORDERED that fees and expenses in the amount of $3,700 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE:    August 22, 2011
22
                                          /s/ Paul L. Abrams
23                                        _____
                                          THE HONORABLE PAUL L. ABRAMS
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Brian C. Shapiro*
4 | _____
Brian C. Shapiro
Attorney for plaintiff Richard E. Holmes